IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL  NO. H-12-201 |
| | § § § | |
| ROBERT WHITE, III | § | |

**O R D E R**

Counsel for the defendant filed a motion to withdraw as counsel, (Docket Entry No. 17). The motion is granted. The magistrate judge will appoint new counsel for the defendant. The court finds that the interests of justice are served by granting a continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The docket control order is amended as follows to allow new counsel adequate time to evaluate the case:

| | |
|---|---|
| Motions are to be filed by: | September 24, 2012 |
| Responses are to be filed by: | October 8, 2012 |
| Pretrial conference is reset to**:** | **October 15, 2012 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **October 22, 2012 at 9:00 a.m.** |

SIGNED on September 5, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge